1   ANDREW T. KOENIG, State Bar No. 158431
    Attorney at Law
2   353 Sanjon Road
    Ventura, California 93001
3   Telephone:  (805) 653-7937
    Facsimile: (805) 653-7225
4   E-mail: andrewtkoenig@hotmail.com

5   Attorney for Plaintiff Angel R. Trevino

6

7

8                  UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
9                      WESTERN DIVISION

10
    ANGEL R. TREVINO,                    )   CASE NO. CV-12-7740-JC
11                                       )
                 Plaintiff,              )   ORDER
12                                       )   AWARDING ATTORNEY'S
            v.                           )   FEES AND COSTS PURSUANT
13                                       )   TO THE EQUAL ACCESS TO
                                         )   JUSTICE ACT, 28 U.S.C.
14  CAROLYN W. COLVIN,                   )   § 2412(d)
    ACTING COMMISSIONER OF SOCIAL        )
15  SECURITY,                            )
                                         )
16               Defendant.              )
                                         )
17

18

19       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

20  IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to

21  Justice Act in the amount of  TWO-THOUSAND EIGHT-HUNDRED SEVENTY

22  DOLLARS and SEVENTY-NINE CENTS ($2,870.79), as authorized by 28

23  U.S.C. § 2412(d), subject to the terms of the Stipulation.

24       Dated:     May 14, 2013

25

26                                    /s/
                            HONORABLE JACQUELINE CHOOLJIAN
27                          UNITED STATES MAGISTRATE JUDGE

28

                                    1